**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COMMERCIAL CREDIT GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> NO LIMIT LOGISTICS, INC., et al., <br><br> Defendants. | Case No.: 1:21-cv-00936-JLT-SKO <br><br> ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFF'S AMENDED MOTION FOR DEFAULT JUDGMENT AND APPLICATION FOR WRIT OF POSSESSION <br><br> (Docs. 28, 65, 69) |

Commercial Credit Group, Inc. initiated this action against No Limit Logistics, Inc. and Oupkarpreet Singh Jugpal (collectively, "Defendants"). (Doc. 1.) The complaint asserts one claim for possession of personal property, three 2016 Utility Reefer Trailers with Carrier 7400Xs, which served as collateral pursuant to an agreement between the parties. (*Id*.)

Plaintiff filed a notice of application for writ of possession as to the Trailers. (Doc. 28.) Defendants were served with the complaint and the writ of possession on September 13, 2022. (*See* Docs. 34–37.) Neither Defendant filed an answer nor took any action expressing an intent to defend against the lawsuit. (*See* Docket.)

Plaintiff requested entry of default against Defendants, which the Clerk of Court. (*See* Docs. 40, 41.) Plaintiff has now filed an amended motion for default judgment requesting that the Court award Plaintiff possession of the Trailers. (Doc. 65.) Defendants did not oppose the motion.

1

The assigned Magistrate Judge evaluated the motion and issued findings and recommendations, recommending that the Court grant Plaintiff's amended motion for default judgment and writ of possession. (Doc. 69.) The findings and recommendations notified the Defendants that they had 21 days within which to file objections. (*Id*. at 12.) More than 21 days have passed, and they have not done so.

According to 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist*., 708 F.2d 452, 454 (9th Cir. 1983), the Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court finds the findings and recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations filed August 23, 2023 (Doc. 69) are **ADOPTED IN FULL**.
2. Plaintiff's amended motion for default judgment (Doc. 65) is **GRANTED**.
3. Plaintiff's application for writ of possession (Doc. 28) is **GRANTED**.
4. The Clerk of Court shall **CLOSE** this case.

IT IS SO ORDERED.

Dated:   **September 15, 2023**

UNITED STATES DISTRICT JUDGE

2